AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| Ernesto Solis Jr., aka Payaso and | ) | Case No. 1:16-MJ-571 | |
| Juan Lopez-Gonzalez | ) | | |
| | ) | **H 17-0014M** | |
| _Defendant(s)_ | ) | | |

FILED
DEC 1 5 2016

United States Courts
Southern District of Texas
FILED

*January 09, 2017*

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October, 2016-December 8, 2016___ in the county of LOUDOUN AND ELSEWHERE in the

___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 and 371 | Conspiracy to engage in a demand for ransom for the release of any kidnapped |
| 18 U.S.C. 1203 and 371 | person and hostage taking |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Maureen C. Cain

_Complainant's signature_

Laura R. Calvillo, Special Agent

_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___12/15/2016___

/s/ _____

John F. Anderson
United States Magistrate Judge

_Judge's signature_

City and state: ___Alexandria, VA___

John F. Anderson, U.S. Magistrate Judge

_Printed name and title_